# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| David Houle and Becky Houle, et. al., | ) | **ORDER** |
| Plaintiffs, | ) | |
| vs. | ) | |
| Central Power Electric Cooperative, Inc., (CPEC), et. al., | ) | Case No. 4:09-cv-021 |
| Defendants. | ) | |

| | | |
|---|---|---|
| CPEC v. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-055 |
| CPEC v. Corey J. Hall, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-061 |
| CPEC v. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-073 |
| CPEC v. Howard Longie, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-076 |
| CPEC v. Est of Marie M. Jeanotte, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-077 |
| CPEC v. Donna M. Anderson, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-078 |
| CPEC v. Pete Barnett, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-084 |
| CPEC v. John E. Monette, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-098 |
| CPEC v. Ophelia Dixon Navarro, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-100 |
| CPEC v. Kimberly Blackwell, et. al., | Plaintiff, Defendants. | Case No. 4:11-cv-101 |
| CPEC v. Dustin Decoteau, et. al., | Plaintiff, Defendants. | Case No. 4:12-cv-004 |
| CPEC v. Wilkie, et. al., | Plaintiff, Defendants. | Case No. 4:12-cv-005 |
| CPEC v. Davis, et. al., | Plaintiff, Defendants. | Case No. 4:12-cv-006 |

The court held a status conference in the above-entitled actions on August 2, 2012, Pursuant to its discussion with the parties, the court **ORDERS**:

1

1. The bench trial scheduled for November 13, 2012, on the issues of "use and necessity" shall be rescheduled for February 20, 2013, at 9:00 a.m. in Bismarck before Judge Hovland (courtroom #1). The court has reserved three days for trial.

2. The parties shall have until October 1, 2012, to disclose the names of expert witnesses and complete reports regarding the issue of "use and necessity."

3. The parties shall have until November 1, 2012, to file dispositive motions regarding the issue of "use and necessity." Responses to these motions are due by December 1, 2012. Thereafter, the moving party shall have until December 14, 2012, to file a reply.

4. The undersigned shall hold a status conference by telephone with the parties on September 11, 2012, at 10:00 a.m. CDT to discuss scheduling matters that pertain to issues other than "use and necessity." The court shall initiate the conference call.

5. The Motion to Compel filed in Case Nos. 4:09-cv-021 and all other pending motions in the above-captioned actions shall be held in abeyance pending the status conference on September 11, 2012.

6. The final pretrial conferences and jury trials scheduled in Case Nos. 4:09-cv-021, 4:11-cv-055, 4:11-cv-073, and 4:11-cv-076 are canceled.

7. In cases where scheduling/orders were previously entered, all deadlines contained therein shall be suspended pending further order of the court.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2012.

> */s Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge